# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: VICARI, ANGELINE A. § Case No. 07-08347
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 11/04/2010 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2010     By: JOSEPH R. VOILAND
                                                                                  Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: VICARI, ANGELINE A. § | Case No. 07-08347 |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $     3,840.07 |
| *and approved disbursements of* | $         0.00 |
| *leaving a balance on hand of* [1] | $     3,840.07 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $     960.02 | $     372.57 |
| Attorney for trustee | _____ | $_____ | $_____ |
| Appraiser | _____ | $_____ | $_____ |
| Auctioneer | _____ | $_____ | $_____ |
| Accountant | _____ | $_____ | $_____ |
| Special Attorney for trustee | _____ | $_____ | $_____ |
| Charges, | U.S. Bankruptcy Court | $     1,000.00 | $_____ |
| Fees, | United States Trustee | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                      *Fees*                      *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,682.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | $ 5,467.81 | $ 297.76 |
| 2 | FIA Card Services NA as succesor in | $ 22,214.69 | $ 1,209.72 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                        *Allowed Amt. of Claim*   *Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dramey                Page 1 of 1           Date Rcvd: Oct 04, 2010
Case: 07-08347                Form ID: pdf006             Total Noticed: 23
```

The following entities were noticed by first class mail on Oct 06, 2010.
```
db         +Angeline A. Vicari,    39W127 Bartelt Rd.,    Geneva, IL 60134-6075
aty        +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,     Geneva, IL 60134-2402
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,     Yorkville, IL 60560-9263
11351384   +Advanced Call Center Tech.,     % FIA  Card Services NA,    POB 8457,    Johnson City, TN 37615-0457
11351385   +Budget Blinds,    5004 N 2nd St.,    Loves Park, IL 61111-5809
14349575    CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
11351386   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,     ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,    POB 52195,    Phoenix, AZ 85072-2195)
11703315    Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11351387    Chase Home Finance LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
11351388   +Codilis & Associates,    15W030 North Frontage Rd., Ste. 100,    Willowbrook, IL 60527-6921
11351389    Countrywide,    POB 650225,    Dallas, TX 75265-0225
11351390   +DeKalb County Treasurer,    110 E. Sycamore St.,    Sycamore, IL 60178-1448
11351391    FIA Card Services,    POB 15726,    Wilmington, DE 19886-5726
11850216   +FIA Card Services NA as succesor in,    interest to Bank of America NA USA &,
             MBNA America Bank NA,    1000 Samoset Dr, DES-023-03-03,    Newark, DE 19713-6000
11351392   +First Magnus Financial Corp.,    1821 Waldon Office sq. #313-31,    Schaumburg, IL 60173-4295
11351393   +Guardian Financial Mortgage,    2800 W. Cypress Creek Rd., Ste. 200,
             Fort Lauderdale, FL 33309-1706
11351394    Heron Creek Homeowners Assoc.,    % B&B,    40W270B LaFox Rd.,    Saint Charles, IL 60175
11351396   +R.L. Conaway & Assoc, Inc.,    d/b/a Forstar Quality Landscaping,     6N947 II Route 47,
             Maple Park, IL 60151-8335
11351397   +Raymond G. Ritthamel,    124 S. Clifton Ave.,    Park Ridge, IL 60068-3908
11351398   +Rich Jonutz,    d/b/a Cortland Flooring Tools,    228 S. Halwood St.,    Cortland, IL 60112-4027
11351399   +St. Anthony's Hospital,    5510 E. State St.,    Rockford, IL 61108-2381
11351400   +Townhomes of Heron Creek, Inc.,    POB 758,    Sycamore, IL 60178-0700
11351401   +US Bank,    21 N. 3rd St.,    Geneva, IL 60134-2263
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11351395   ##+Mortgage Eletronic Reg. Systems,    1595 Spring Hill Rd., Ste. 310,    Vienna, VA 22182-2228
11351402   ##+Washington Mutual Bank,    1402 Commons Drive,    Geneva, IL 60134-3968
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**              **Signature:** _/s/ Joseph Speetjens_