**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: VICARI, ANGELINE A.                           § Case No. 07-08347
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $892,564.00                     Assets Exempt:  $2,564.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,507.77         Claims Discharged
                                                   Without Payment:  $26,174.73

Total Expenses of Administration:  $2,332.59

---

    3) Total gross receipts of $ 3,840.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,840.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,982.59 | 2,332.59 | 2,332.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 33,150.31 | 27,682.50 | 1,507.77 |
| **TOTAL DISBURSEMENTS** | $0.00 | $36,132.90 | $30,015.09 | $3,840.36 |

    4) This case was originally filed under Chapter 7 on May 08, 2007. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2010          By: /s/JOSEPH R. VOILAND
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| pref tran - shelece Aleman | 1241-000 | 3,836.83 |
| Interest Income | 1270-000 | 3.53 |
| **TOTAL GROSS RECEIPTS** | | **$3,840.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 960.02 | 960.02 | 960.02 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 372.57 | 372.57 | 372.57 |
| Clerk of the Bankruptcy Court, ND, IL | 2700-000 | N/A | 0.00 | 1,000.00 | 1,000.00 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Joseph R. Voiland | 3110-000 | N/A | 1,650.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,982.59 | 2,332.59 | 2,332.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CHASE BANK USA, NA | 7100-000 | N/A | 5,467.81 | 0.00 | 0.00 |
| 1 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 5,467.81 | 5,467.81 | 297.81 |
| 2 | FIA Card Services NA as succesor in | 7100-000 | N/A | 22,214.69 | 22,214.69 | 1,209.96 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 33,150.31 | 27,682.50 | 1,507.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-08347  
**Case Name:** VICARI, ANGELINE A.  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 05/08/07 (f)  
**§341(a) Meeting Date:** 06/11/07  

**Period Ending:** 12/12/10  
**Claims Bar Date:** 01/10/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | real estate - 214 Merry Oaks Dr., Sycamore, IL | 660,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | real estate - 723 Bremmer, Sycamore, IL | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking account - NBT Bank | 414.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | pref tran - Nancy Fish (u) | Unknown | 35,000.00 | DA | 0.00 | FA |
| 9 | pref tran - shelece Aleman (u) | Unknown | 8,000.00 | | 3,836.83 | FA |
| 10 | pref tran - Vince Vicari (u) | Unknown | 35,000.00 | DA | 0.00 | FA |
| 11 | pref tran - Louise Vicari (u) | Unknown | 40,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.53 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $892,564.00 | $118,000.00 | | $3,840.36 | $0.00 |

**Major Activities Affecting Case Closing:**

Garnishment proceedings are pending against the employer of Sheleece Alleman to satisfy the judgement entered against her in this proceeding.

**Initial Projected Date Of Final Report (TFR):** September 15, 2008    **Current Projected Date Of Final Report (TFR):** June 15, 2010

Printed: 12/12/2010 09:29 AM    V.12.54

Case 07-08347    Doc 46    Filed 12/28/10    Entered 12/28/10 14:00:41    Desc Main
Document      Page 6 of 10

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-08347  
**Case Name:** VICARI, ANGELINE A.  

**Taxpayer ID #:** **-***8574  
**Period Ending:** 12/12/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/29/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 151.73 | | 151.73 |
| 08/05/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 167.19 | | 318.92 |
| 08/27/08 | {9} | Enesco | garnishment proceeds | 1241-000 | 161.49 | | 480.41 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 480.44 |
| 09/05/08 | {9} | Enesco,LLC | garnishment proceeds | 1241-000 | 151.33 | | 631.77 |
| 09/16/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 152.95 | | 784.72 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 784.80 |
| 10/10/08 | {9} | Enesco, Inc. | garnishment proceeds | 1241-000 | 148.07 | | 932.87 |
| 10/29/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 165.15 | | 1,098.02 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.09 | | 1,098.11 |
| 11/12/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 148.07 | | 1,246.18 |
| 11/24/08 | {9} | Enesco,LLC | wage garnishment | 1241-000 | 152.95 | | 1,399.13 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.09 | | 1,399.22 |
| 12/17/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 152.95 | | 1,552.17 |
| 12/23/08 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 151.33 | | 1,703.50 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 1,703.60 |
| 01/10/09 | {9} | Enesco LLC | gernishment proceeds | 1241-000 | 148.07 | | 1,851.67 |
| 01/28/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 159.28 | | 2,010.95 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,011.02 |
| 02/09/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 147.90 | | 2,158.92 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,158.99 |
| 03/02/09 | {9} | Enesco, LLC | garnishment payment | 1241-000 | 154.00 | | 2,312.99 |
| 03/20/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 157.66 | | 2,470.65 |
| 03/30/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 156.44 | | 2,627.09 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,627.19 |
| 04/15/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 160.10 | | 2,787.29 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,787.40 |
| 05/05/09 | {9} | Enesco,LLC | garnishment proceeds | 1241-000 | 188.02 | | 2,975.42 |
| 05/05/09 | {9} | Enesco,LLC | garnishment proceeds | 1241-000 | 172.43 | | 3,147.85 |
| 05/22/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 172.43 | | 3,320.28 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,320.40 |
| 06/04/09 | {9} | Enesco,LLC | garnishment proceeds | 1241-000 | 172.43 | | 3,492.83 |
| 06/24/09 | {9} | Enesco,LLC | garnishment proceeds | 1241-000 | 172.43 | | 3,665.26 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,665.41 |
| 07/06/09 | {9} | Enesco, LLC | garnishment proceeds | 1241-000 | 172.43 | | 3,837.84 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,837.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,838.15 |

Subtotals : $3,838.15   $0.00

{} Asset reference(s)   Printed: 12/12/2010 09:29 AM   V.12.54

Case 07-08347    Doc 46    Filed 12/28/10    Entered 12/28/10 14:00:41    Desc Main
Document    Page 7 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-08347  
**Case Name:** VICARI, ANGELINE A.  

**Taxpayer ID #:** **-***8574  
**Period Ending:** 12/12/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,838.30 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,838.45 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,838.61 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,838.77 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,838.92 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,839.06 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 3,839.23 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 3,839.32 |
| 04/20/10 | | Wire out to BNYM account 9200******5465 | Wire out to BNYM account 9200******5465 | 9999-000 | -3,839.32 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -3,839.32 | 0.00 | |
| **Subtotal** | 3,839.32 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,839.32** | **$0.00** | |

{} Asset reference(s)

Printed: 12/12/2010 09:29 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-08347  
**Case Name:** VICARI, ANGELINE A.  

**Taxpayer ID #:** **-***8574  
**Period Ending:** 12/12/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | 9999-000 | 3,839.32 | | 3,839.32 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 3,839.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,839.62 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 3,839.85 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,840.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 3,840.30 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,840.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,840.36 |
| 11/05/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,840.36 |
| 11/05/10 | | To Account #9200******5466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 3,840.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,840.36 | 3,840.36 | $0.00 |
| | | | Less: Bank Transfers | | 3,839.32 | 3,840.36 | |
| | | | **Subtotal** | | **1.04** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.04** | **$0.00** | |

{} Asset reference(s)

Printed: 12/12/2010 09:29 AM    V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-08347  
**Case Name:** VICARI, ANGELINE A.  

**Taxpayer ID #:** **-***8574  
**Period Ending:** 12/12/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/05/10 | | From Account #9200******5465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 3,840.36 | | 3,840.36 |
| 11/05/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $372.57, Trustee Expenses; Reference: | 2200-000 | | 372.57 | 3,467.79 |
| 11/05/10 | 102 | Clerk of the Bankruptcy Court, ND, IL | Dividend paid 100.00% on $1,000.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 1,000.00 | 2,467.79 |
| 11/05/10 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $960.02, Trustee Compensation; Reference: | 2100-000 | | 960.02 | 1,507.77 |
| 11/05/10 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $366.20, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 11/07/10 | 3120-000 | | 366.20 | 1,141.57 |
| 11/05/10 | 105 | Joseph R. Voiland | Dividend paid 100.00% on $500.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 11/07/10 | 3110-000 | | 500.00 | 641.57 |
| 11/05/10 | 106 | CHASE BANK USA, NA | Dividend paid 2.31% on $5,467.81; Claim# 1-2; Final distribution Voided on 11/07/10 | 7100-000 | | 126.72 | 514.85 |
| 11/05/10 | 107 | FIA Card Services NA as succesor in | Dividend paid 2.31% on $22,214.69; Claim# 2; Final distribution Voided on 11/07/10 | 7100-000 | | 514.85 | 0.00 |
| 11/07/10 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $366.20, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 11/05/10 | 3120-000 | | -366.20 | 366.20 |
| 11/07/10 | 105 | Joseph R. Voiland | Dividend paid 100.00% on $500.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 11/05/10 | 3110-000 | | -500.00 | 866.20 |
| 11/07/10 | 106 | CHASE BANK USA, NA | Dividend paid 2.31% on $5,467.81; Claim# 1-2; Final distribution Voided: check issued on 11/05/10 | 7100-000 | | -126.72 | 992.92 |
| 11/07/10 | 107 | FIA Card Services NA as succesor in | Dividend paid 2.31% on $22,214.69; Claim# 2; Final distribution Voided: check issued on 11/05/10 | 7100-000 | | -514.85 | 1,507.77 |
| 11/07/10 | 108 | CHASE BANK USA, NA | Dividend paid 5.44% on $5,467.81; Claim# 1-2; Final distribution | 7100-000 | | 297.81 | 1,209.96 |
| 11/07/10 | 109 | FIA Card Services NA as succesor in | Dividend paid 5.44% on $22,214.69; Claim# 2; Final distribution | 7100-000 | | 1,209.96 | 0.00 |

Subtotals :   $3,840.36   $3,840.36

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 07-08347
**Case Name:** VICARI, ANGELINE A.
**Taxpayer ID #:** **-***8574
**Period Ending:** 12/12/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******54-66 - Checking Account
**Blanket Bond:** $50,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **3,840.36** | **3,840.36** | **$0.00** |
| | | | Less: Bank Transfers | | 3,840.36 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **3,840.36** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,840.36** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****54-65** | 3,839.32 | 0.00 | 0.00 |
| **MMA # 9200-******54-65** | 1.04 | 0.00 | 0.00 |
| **Checking # 9200-******54-66** | 0.00 | 3,840.36 | 0.00 |
| | **$3,840.36** | **$3,840.36** | **$0.00** |

{} Asset reference(s)

Printed: 12/12/2010 09:29 AM    V.12.54